IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JUAN RODRIGUEZ, #AH4074, | ) | |
| Plaintiff, | ) ) | No. C 13-1819 CRB (PR) |
| vs. | ) ) | ORDER |
| ROSANA LIM JAVATE, et al., | ) ) | (Docket #9) |
| Defendants. | ) ) | |

Per order filed on September 16, 2013, the court granted plaintiff an extension of time to file a first amended complaint by no later than October 31, 2013. But plaintiff instead has filed a request for "permission to amend" to sue an additional defendant – L. D. Zamora. Good cause appearing, plaintiff's request (docket #9) is GRANTED. Plaintiff shall file an amended complaint by no later than November 22, 2013.

No further extensions of time will be granted.

SO ORDERED.

DATED: Oct. 31, 2013

CHARLES R. BREYER
United States District Judge

G:\PRO-SE\CRB\CR.13\Rodriguez, J.13-1819.eot2.fac.wpd